FILED
APR 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 07-0246 MHP |
|---|---|---|
| Plaintiff, | ) | ORDER TO PROVIDE COPY OF SEALING APPLICATION AND SEALING ORDER TO GOVERNMENT |
| v. | ) | |
| ZENAIDA SMITH, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

Good causing appearing therefor, it is hereby ordered that the Clerk of the Court provide a copy of the United States' Sealing Application and this Court's Sealing Order to the United States Attorney's Office.

DATED: 4/30, 2007

EDWARD M. CHEN
United States Magistrate Judge

SEALING ORDER
[ 07-0246 MHP]