SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0246 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| ZENAIDA SMITH, | |
| Defendant. | |

     With the agreement of the parties in open court on May 7, 2007, and with the consent of the defendant Zenaida Smith ("defendant"), the Court enters this order (1) setting a hearing on June 11, 2007 at 10:00 a.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 7, 2007 to June 11, 2007. The parties agree, and the Court finds and holds, as follows:

     1.     The defendant made her initial appearance before the Court on May 7, 2007. Counsel advised the Court on that date that the government had just produced several hundred pages of discovery to the defense and that the government would soon be providing a digital image of computer media to the defense. Counsel for the defendant needs time to review the paper and electronic discovery and to investigate the case.

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]

1  Continuing the case until June 11, 2007 will give the defendant an opportunity to
2  accomplish this objective.
3      2.    The Court finds that, taking into the account the public interest in the
4  prompt disposition of criminal cases, granting the continuance until June 11, 2007 is
5  necessary for effective preparation of defense counsel. See 18 U.S.C.
6  § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice
7  served by excluding the period from May 7, 2007 to June 11, 2007 outweigh the best
8  interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
9      3.    Accordingly, and with the consent of the defendant, the Court (1) sets a
10 hearing for June 11, 2007 at 10:00 a.m. and (2) orders that the period from May 7, 2007
11 to June 11, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C.
12 § 3161(h)(8)(A) & (B)(iv).
13 SO STIPULATED.

15 DATED: 5/18/07        SCOTT N. SCHOOLS
                                 United States Attorney

18                                  /S/
                                 KYLE F. WALDINGER
                                 Assistant United States Attorney

20 SO STIPULATED.
21 DATED: 5/18/07          /S/
                                 CARL LINDSTROM
                                 Attorney for defendant Zenaida Smith

24 IT IS SO ORDERED.
25 DATED: 5/21/2007
                                 MARILYN H. PATEL
                                 United States District Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Stamp: IT IS SO ORDERED, Judge Marilyn H. Patel)