1   SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3   W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

4   KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

5

6     450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

7     Telephone: (415) 436-6830
Facsimile: (415) 436-7234

8   Attorneys for Plaintiff

9           UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,   )    No.  CR 07-0246 MHP
                             )

14         Plaintiff,         )
                             )

15   v.                 )    STIPULATION AND [PROPOSED]
                             )    ORDER DOCUMENTING

16   ZENAIDA SMITH,         )    EXCLUSION OF TIME
                             )

17         Defendant.       )
                             )

18

19       With the agreement of the parties in open court on July 2, 2007, and with the

20   consent of the defendant Zenaida Smith ("defendant"), the Court enters this order

21   (1) setting a hearing on August 27, 2007 at 10:00 a.m. for disposition or for motions/trial

22   setting and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.

23   § 3161, from July 2, 2007 to August 27, 2007.  The parties agree, and the Court finds and

24   holds, as follows:

25       1.     The parties appeared before the Court on July 2, 2007.  Counsel advised the

26   Court on that date that the government had produced to the defense several hundred pages

27   of discovery, as well as digital images of computer media.  Counsel for the defendant

28   needs additional time to review the paper and electronic discovery and to investigate the

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]

1    case.  Continuing the case until August 27, 2007 will give the defendant an opportunity to

2    accomplish this objective.

3         2.    The Court finds that, taking into the account the public interest in the

4    prompt disposition of criminal cases, granting the continuance until August 27, 2007 is

5    necessary for defense counsel to review the discovery that has been produced and for

6    effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these

7    circumstances, the Court finds that the ends of justice served by excluding the period

8    from July 2, 2007 to August 27, 2007 outweigh the best interest of the public and the

9    defendant in a speedy trial.  Id. § 3161(h)(8)(A).

10        3.    Accordingly, and with the consent of the defendant, the Court (1) sets a

11   hearing for August 27, 2007 at 10:00 a.m. and (2) orders that the period from July 2, 2007

12   to August 27, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C.

13   § 3161(h)(8)(A) & (B)(iv).  At the hearing on August 27, 2007, the parties should be

14   prepared either for disposition or for motions setting and trial setting.

15   SO STIPULATED.

16

17   DATED:  7/18/07                          SCOTT N. SCHOOLS
                                              United States Attorney
18

19                                           _____
20                                                     /S/
                                             KYLE F. WALDINGER
21                                           Assistant United States Attorney

22   SO STIPULATED.

23   DATED: 7/18/07                          _____
                                                      /S/
24                                           CARL LINDSTROM
                                             Attorney for defendant Zenaida Smith
25

26   IT IS SO ORDERED.

27   DATED:  July 20, 2007

28                                           _____
                                             MARI...
                                             Unite...



STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]          -2-