SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0246 MHP |
|     Plaintiff, | |
|     v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| ZENAIDA SMITH, | |
|     Defendant. | |

      With the agreement of the parties in open court on August 27, 2007, and with the consent of the defendant Zenaida Smith ("defendant"), the Court enters this order (1) setting a hearing on October 1, 2007 at 10:00 a.m. for disposition or for motions/trial setting and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 27, 2007 to October 1, 2007. The parties agree, and the Court finds and holds, as follows:

      1.    The parties appeared before the Court on August 27, 2007. Counsel advised the Court on that date that the parties were in plea negotiations. Counsel for the defendant needs additional time to review the paper and electronic discovery and to investigate the case in order to effectively represent the defendant as part of those plea

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]

negotiations. Continuing the case until October 1, 2007 will give the defendant an opportunity to accomplish this objective.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until October 1, 2007 is necessary for defense counsel to review the discovery that has been produced and for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 27, 2007 to October 1, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing for October 1, 2007 at 10:00 a.m. and (2) orders that the period from August 27, 2007 to October 1, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). At the hearing on October 1, 2007, the parties should be prepared either for disposition or for motions setting and trial setting.

SO STIPULATED.

DATED: 9/11/07                    SCOTT N. SCHOOLS
                                  United States Attorney


                                  ____/S/_____
                                  KYLE F. WALDINGER
                                  Assistant United States Attorney


SO STIPULATED.

DATED: 9/10/07                    ____/S/_____
                                  CARL LINDSTROM
                                  Attorney for defendant Zenaida Smith

IT IS SO ORDERED.

DATED: 9/12/2007
                                  _____
                                  MARILYN H. PATEL
                                  United States District Judge



STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]