1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,       )   No. CR 07-0246 MHP
                                )
       Plaintiff,               )
                                )
   v.                           )   STIPULATION AND [PROPOSED]
                                )   ORDER DOCUMENTING
ZENAIDA SMITH,                  )   EXCLUSION OF TIME
                                )
       Defendant.               )
_____)

       With the agreement of the parties in open court on October 1, 2007, and with the consent of the defendant Zenaida Smith ("defendant"), the Court enters this order (1) setting the trial in this matter for March 4, 2008 at 8:30 a.m.; (2) setting the pretrial conference for February 27, 2008 at 2:30 p.m.; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 1, 2007 to March 4, 2008. The parties agree, and the Court finds and holds, as follows:

       1.     The parties appeared before the Court on October 1, 2007. Counsel advised the Court on that date that the parties' plea negotiations had not been fruitful and further advised that the Court should set the matter for trial. Counsel for the defendant needs additional time to review the paper and electronic discovery, to investigate the case, and to prepare for trial in order to effectively represent the defendant. Continuing the case

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]

1 | until March 4, 2008 will give the defense an opportunity to accomplish this objective.  In
2 | addition, both counsel have periods of unavailability in late 2007 and early 2008.

3 |     2.    The Court finds that, taking into the account the public interest in the
4 | prompt disposition of criminal cases, granting the continuance until March 4, 2008 is
5 | necessary for defense counsel to review the discovery that has been produced, for
6 | effective preparation of defense counsel, and for continuity of counsel.  See 18 U.S.C.
7 | § 3161(h)(8)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
8 | served by excluding the period from October 1, 2007 to March 4, 2008 outweigh the best
9 | interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

10 |     3.    Accordingly, and with the consent of the defendant, the Court (1) sets a trial
11 | date in this case of March 4, 2008 at 8:30 a.m.; (2) sets a pretrial conference date of
12 | February 27, 2008 at 2:30 p.m.; and (3) orders that the period from October 1, 2007 to
13 | March 4, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C.
14 | § 3161(h)(8)(A) & (B)(iv).

15 | SO STIPULATED.

17 | DATED: 10/19/2007                           SCOTT N. SCHOOLS
                                                United States Attorney

20 |                                             ____/S/_____
                                                KYLE F. WALDINGER
                                                Assistant United States Attorney

22 | SO STIPULATED.
23 | DATED: 10/19/2007                           ____/S/_____
                                                CARL LINDSTROM
24 |                                             Attorney for defendant Zenaida Smith

26 | IT IS SO ORDERED.
27 | DATED:  10/22/2007
28 |                                             _____
                                                MARILYN H. PATEL
                                                United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-0246 MHP]        -2-

