CARL A. LINDSTROM, JR.  (# 88753)
LINDSTROM LAW OFFICES
653 North San Pedro Street
San Jose, CA  95110
(408) 294-5700  Telephone
(408) 294-4542  Facsimile
lindyjr@lindstromlaw.com  Email

Attorneys for DEFENDANT
ZENAIDA SMITH

**FILED**
OCT 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ZENAIDA SMITH,<br><br>      Defendant. | CASE NO.:  CR 07-0246-MHP<br><br>STIPULATION AND ORDER RE:  CLERK OF THE COURT SIGNING RECONVEYANCE ON PROPERTY BOND |

IT IS HEREBY STIPULATED by and between the parties to this matter, through their respective legal counsel, that the Clerk of the Court, **RICHARD W. WIEKING**, may sign the Reconveyance (Attachment "A") for the improperly-prepared Deed of Trust that was executed as part of the Property Bond posting procedures in this matter, to allow Defendant to file a corrected Deed of Trust and perfect the Property Bond in this matter.

Dated: October 19, 2007

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                        By:  /s/ Kyle F. Waldinger
                                        KYLE WALDINGER
                                        Assistant U.S. Attorney

---

| | |
|---|---|
| 1  | Dated: October 19, 2007 |
| 2  | |
| 3  | |

|   |   |   |
|---|---|---|
|   |   | **LINDSTROM LAW OFFICES** |
|   | By: | _(signature)_ |
|   |   | **CARL E. LINDSTROM, JR., ESQ.** |
|   |   | Attorney for Defendant Zenaida Smith |

**IT IS SO ORDERED.**

Dated: October 19, 2007

_(signature)_

**HON. NANDOR J. VADAS**
United States Magistrate Judge

EXHIBIT C

WHEN RECORDED MAIL TO:

Space Above This Line for Recorder's Use

# FULL RECONVEYANCE

Richard W. Wieking, Clerk, United States District Court for the Northern District of California as Trustee and Beneficiary under that certain Deed of Trust dated the 20th day of August  2007, _____, executed by  Gerald M. Smith, Trustee of the Gerald M. Smith Revocable Trust dated May 14, 2007 as Trustor(s) and recorded as instrument number  19569448  on  8/19/07  in ~~Book xxxxxxxx at Pages~~ _____ of Official Records, in the Office of the Recorder of  Santa Clara  County, California, having been requested in writing by the holder of the obligations secured by said Deed of Trust to reconvey the estate granted to Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto, without warranty, all the estate, title, and interest acquired by Trustee under said Deed of Trust.

_____
Richard W. Wieking,
Clerk of Court, United States District Court

Dated: _____

STATE OF CALIFORNIA  } ss:
COUNTY OF _____

On _____, before me, _____, a Notary Public, personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

_____
Signature of Notary Public

(This area for Official Notarial Seal)