1    CARL A. LINDSTROM, JR. (# 88753)
     LINDSTROM LAW OFFICES
2    653 North San Pedro Street
3    San Jose, CA 95110
     (408) 294-5700 Telephone
4    (408) 294-4542 Facsimile
     lindyjr@lindstromlaw.com Email
5

6    Attorneys for DEFENDANT
     ZENAIDA SMITH
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 07-0246-MHP |
|            Plaintiff, | STIPULATION AND ORDER RE: SETTING NEW SENTENCING DATE |
| vs. | |
| ZENAIDA SMITH, | |
|            Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties to this matter, through their respective legal counsel, that the matter currently set for a Sentencing Hearing on May 12, 2008 may be continued to ~~June 30~~ JULY 7, 2008 at 9:00 A.M.

Defense Counsel has discussed this matter with Asst. U.S. Attorney Kyle Waldinger, who indicated that he has no opposition to such a continuance, given the fact that there are certain documents which have been requested by Probation Officer, Mr. Charles Mabie, to complete his Presentence Report which have been requested by Defendant, but which have not yet been received.

Defendant Zenaida Smith, through her legal counsel, Mr. Lindstrom, agrees that time is waived to allow the continuance of the sentencing hearing from May 12, 2008 to ~~June 30~~ JULY 7, 2008.

JULY 7
Mssrs. Waldinger, Lindstrom and Mabie are all available on ~~June 30~~, 2008 for a proposed sentencing date.

Dated: May 1, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Kyle F. Waldinger
KYLE WALDINGER
Assistant U.S. Attorney

Dated: May 1, 2008

LINDSTROM LAW OFFICES

By: /s/ Carl A. Lindstrom
CARL A. LINDSTROM, JR., ESQ.
Attorney for Defendant Zenaida Smith

**IT IS SO ORDERED.** MATTER IS CONTINUED TO 7/7/2008 AT 9:00 A.M.

Dated: May 5, 2008

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

UNITED STATES vs. SMITH
CASE NO: CR-07-0246-MHP

STIPULATION AND ORDER
RE: CONTINUANCE OF SENTENCING HEARING

2 of 2.