CARL A. LINDSTROM, JR. (# 88753)
LINDSTROM LAW OFFICES
653 North San Pedro Street
San Jose, CA 95110
(408) 294-5700 Telephone
(408) 294-4542 Facsimile
lindyjr@lindstromlaw.com Email

Attorneys for DEFENDANT
ZENAIDA SMITH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ZENAIDA SMITH,<br><br>　　　　　Defendant. | CASE NO.: CR 07-0246-MHP<br><br>STIPULATION AND ORDER<br>RE: EXTENSION OF TIME TO FILE<br>PROPOSED FINDINGS OF FACTS |

**IT IS HEREBY STIPULATED** by and between the parties to this matter, through their respective legal counsel, that the time to file the respective Proposed Findings of Facts, currently scheduled to be filed on October 3, 2008, shall be extended until Tuesday, October 7, 2008, due to an unforeseen injury to Defendant's counsel, which took him out of the office for three days this week.

　　Dated: October 2, 2008

　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By:  /S/ Kyle Waldinger
　　　　　　　　　　　　　　　　　　　KYLE WALDINGER
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1
2   Dated: October 2, 2008
3
4                                    LINDSTROM LAW OFFICES
5
6                        By: _____
7                             CARL A. LINDSTROM, JR., ESQ.
                              Attorney for Defendant Zenaida Smith
8
9   **IT IS SO ORDERED**.
10  Dated: October 3, 2008
11
12
13                                   
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28